# In the United States District Court
# For the Southern District of Georgia
# Brunswick Division

| | | |
|---|---|---|
| TRE'VAUGHN BOWDEN, | * | |
| | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 2:21-cv-95 |
| | * | |
| v. | * | |
| | * | |
| FCI JESUP ADMIN., | * | |
| | * | |
| Defendant. | * | |

## ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 4. Plaintiff did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DISMISSES** Plaintiff's Complaint for failure to state a claim, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

SO ORDERED, this 14 day of December, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)